UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | 3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Thomas v. Bayer Healthcare Pharmaceuticals Inc.* | No. 12-cv-10972-DRH |
| *Debford v. Bayer Healthcare Pharmaceuticals Inc.* | No. 10-cv-11696-DRH |
| *Brown v. Bayer Healthcare Pharmaceuticals Inc.* | No. 10-cv-11834-DRH |
| *Canaday v. Bayer Healthcare Pharmaceuticals Inc.* | No. 10-cv-11835-DRH |
| *Whitfield v. Bayer Healthcare Pharmaceuticals Inc.* | No. 10-cv-13383-DRH |
| *Whitley-Moose v. Bayer Healthcare Pharmaceuticals Inc.* | No. 11-cv-13001-DRH |
| *Kokenes v. Bayer Healthcare Pharmaceuticals Inc.* | No. 10-cv-11295-DRH |
| *May et al v. Bayer Corporation et al* | No. 13-cv-10848-DRH |

**ORDER DISMISSING FOR
FOR WANT OF PROSECUTION**

In each of the above captioned actions, a Notice of Impending Dismissal was filed warning each plaintiff that the action would be dismissed by the Court for want of prosecution unless action was implemented by a date certain. In each of the above

captioned actions, the deadline has passed and no action has been taken. Accordingly, the above captioned actions are hereby dismissed without prejudice for failure to prosecute.

The Court DIRECTS the Clerk of the Court to close each of the above captioned actions.

**IT IS SO ORDERED.**

Signed this 26th day of October, 2016.

Digitally signed by Judge David R. Herndon
Date: 2016.10.26 12:11:36 -05'00'

**United States District Judge**